UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CHRISTOPHER SINDONE,

              Plaintiff,              Case No. 1:22-cv-1189

v.

                                     Honorable Phillip J. Green

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

              Defendants.

_____/

**JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**

for failure to state a claim pursuant to 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c).


Dated:  __January 24, 2023__              __/s/ Phillip J. Green_____
                                            PHILLIP J. GREEN
                                            United States Magistrate Judge